In the Matter of THOMAS RILEY, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, Respondent.

Submitted December 19, 2005; decided March 23, 2006

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for poor person relief, etc., dismissed as academic.